# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 12-60064-CR-ROSENBAUM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MARC SEAVER PAGE,

      Defendant.

_____/

# **ORDER**

This matter is before the Court on Defendant Marc Seaver Page's Motion for a *Faretta* Inquiry [D.E. 51]. In his Motion, Mr. Page seeks for the Court to hold a hearing consistent with the requirements of *Faretta v. State of California*, 422 U.S. 806 (1975), and its progeny, in order for the Court to determine whether Mr. Page has knowingly, voluntarily, and intelligently waived his Sixth Amendment right to counsel. *See* D.E. 51. In addition, Mr. Page requests that he be permitted to appear by way of telephone or video for the hearing because he lives in California and cannot bear the travel costs to attend the hearing in person. After due consideration, the Court **GRANTS IN PART** Defendant's Motion for a *Faretta* Inquiry. The *Faretta* inquiry will be conducted **immediately following the Calendar Call in this case currently set for Thursday, July 19, 2012, at 9:00 a.m.** Mr. Page, as with all Defendants, is required to attend the Calendar Call in person unless he makes arrangements with the Court to appear by video conference. Similarly, the Court authorizes Mr. Page to attend the *Faretta* inquiry by video conference, provided that Mr. Page makes appropriate and timely arrangements with the Court to do so. Otherwise, Mr. Page will be required

to attend both proceedings in person. The Court **DENIES** Mr. Page's request to appear by telephone only. In order to effectively evaluate the knowing, voluntary, and intelligent nature of Mr. Page's stated desire to waive his right to counsel, the Court must be able to see Mr. Page in addition to hearing him.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 15th day of July 2012.

ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record